# Court of Appeals
# of the State of Georgia

ATLANTA,  November 21, 2022

*The Court of Appeals hereby passes the following order:*

## A22A1193. BORDEN v. ZORABEDIAN.

The parties have filed a consent motion for permission to withdraw this appeal. The motion is hereby GRANTED, and the appeal is deemed WITHDRAWN.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/21/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*